IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIANA IRON HORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>GAREY WHITEHIP,<br><br>    Defendant. | CV 22-122-BLG-SPW<br><br>ORDER |

Before the Court is Defendant Garey Whitehip's First Motion to Dismiss for Lack of Jurisdiction. (Doc. 10). Defendant contends that the Supreme Court's decision in *United States v. Morrison*, 529 U.S. 598 (2000) precludes jurisdiction in this case. (Doc. 11 at 3). Plaintiff concedes that the Court does not have jurisdiction under *Morrison* and agrees to dismissal. (Doc. 12 at 1).

Accordingly, IT IS SO ORDERED that Defendant's First Motion to Dismiss for Lack of Jurisdiction (Doc. 10) is GRANTED. The Clerk of Court is directed to enter judgment in favor of Defendant and close this matter.

DATED this 20th day of March, 2023.

_____
SUSAN P. WATTERS
United States District Judge

1