UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIANA IRON HORSE, | Case No. CV-22-122-BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| GAREY WHITEHIP, | |
| Defendant. | |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendant and against Plaintiff as stated in the Court's Order E.C.F. 13 signed and dated on March 20th , 2023.

  Dated this 20th day of March 2023.

       TYLER P. GILMAN, CLERK

       By: /s/ E.Hamnes
       E.Hamnes , Deputy Clerk